# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| BRIAN DAVIS, derivatively on behalf of BROOKDALE SENIOR LIVING INC., <br><br>     Plaintiff, <br><br>     vs. <br><br> LUCINDA M. BAIER, T. ANDREW SMITH, STEVEN E. SWAIN, MARCUS E. BROMLEY, FRANK M. BUMSTEAD, JACKIE M. CLEGG, DANIEL A. DECKER, RITA JOHNSON-MILLS, JEFFREY R. LEEDS, MARK J. PARRELL, WILLIAM G. PETTY, JR., GUY P. SANSONE, JAMES R. SEWARD, DENISE W. WARREN, and LEE S. WIELANSKY, <br><br>     Defendants, <br><br>     and <br><br> BROOKDALE SENIOR LIVING INC., <br><br>     Nominal Defendant. | Case No. 3:20-cv-00929 <br><br> Honorable Aleta A. Trauger |
| CYNTHIA MCMAHON, Derivatively on Behalf of BROOKDALE SENIOR LIVING INC., <br><br>     Plaintiff, <br><br>     vs. <br><br> GUY P. SANSONE, MARCUS E. BROMLEY, FRANK M. BUMSTEAD, VICTORIA L. FREED, RITA JOHNSON-MILLS, DENISE W. WARREN, LEE S. WIELANSKY, LUCINDA M. BAIER, STEVEN E. SWAIN, JACKIE M. CLEGG, JAMES R. SEWARD, and T. ANDREW SMITH, <br><br>     Defendants, | Case No. 3:21-cv-00280 <br><br> Honorable Aleta A. Trauger |

– and –

BROOKDALE SENIOR LIVING INC., a Delaware corporation,

Nominal Defendant.

## ORDER CONSOLIDATING CASES
## AND APPOINTING CO-LEAD COUNSEL AND CO-LIAISON COUNSEL

Plaintiffs Brian Davis ("Davis") and Cynthia McMahon ("McMahon" and together "Plaintiffs"), derivatively on behalf of Brookdale Senior Living Inc. ("Brookdale" or the "Company"), and defendants Lucinda M. Baier, T. Andrew Smith, Steven E. Swain, Marcus E. Bromley, Frank M. Bumstead, Jackie M. Clegg, Daniel A. Decker, Rita Johnson-Mills, Jeffrey R. Leeds, Mark J. Parrell, William G. Petty, Jr., Guy P. Sansone, James R. Seward, Denise W. Warren, Lee S. Wielansky, and Victoria L. Freed (collectively, the "Individual Defendants," and together with Brookdale the "Defendants") (Defendants and Plaintiffs, the "Parties") jointly submit this stipulation ("Stipulation") to consolidate the above-captioned actions ("Actions") and to appoint co-lead counsel and co-liaison counsel, and in support thereof state as follows:

**WHEREAS,** on October 29, 2020, Davis filed a putative shareholder derivative action styled *Davis v. Baier, et al.*, Case No. 3:20-cv-00929 (the "*Davis* Action"), against the Individual Defendants (except Victoria L. Freed) on behalf of the Company making claims for breaches of fiduciary duties, unjust enrichment, waste of corporate assets, abuse of control, gross mismanagement, violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), and contribution under Sections 10(b) and 21D of the Exchange Act;

**WHEREAS,** on January 19, 2021 the parties to the *Davis* Action filed a joint motion to stay the proceedings and the Defendants' obligation to respond to the complaint in the *Davis*

NAI-1518599811v2

Action until after the resolution of the motion to dismiss in a related securities class action pending in this Court styled *Posey v. Brookdale Senior Living Inc., et al.*, Case No. 3:20-cv-0543, which motion the Court granted the same day (the "Stay Order");

**WHEREAS,** on April 6, 2021, McMahon filed a substantially similar putative shareholder derivative action styled *McMahon v. Sansone, et al.*, Case No. 3:21-cv-00280 (the "*McMahon* Action") against certain of the Individual Defendants on behalf of the Company making claims for breach of fiduciary duty, waste of corporate assets, unjust enrichment, and for contribution under Sections 10(b) and 21D of the Exchange Act;

**WHEREAS,** on May 27, 2021, Defendants filed a Notice of Related Case, advising the Court that the *Davis* Action and the *McMahon* Action are related;

**WHEREAS,** the Parties agree that the interests of justice, efficiency and effective case management would best be served by consolidating the *Davis* Action and the *McMahon* Action, appointing co-lead and co-liaison counsel for Plaintiffs, and coordinating Defendants' deadlines to respond to the complaints filed in the consolidated action;

**WHEREAS,** in order to realize the efficiencies made possible by consolidation of the Actions, Plaintiffs agree that The Brown Law Firm, P.C. and Robbins LLP, the respective resumes of which are attached hereto as Exhibits A and B, shall be designated as Co-Lead Counsel representing Plaintiffs in the consolidated action;[1]

**WHEREFORE,** the Parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1.      The stay of proceedings ordered in the *Davis* Action is hereby lifted for the limited

---

[1] Defendants take no position on the appointment of Plaintiffs' Co-Lead Counsel or Co-Liaison Counsel.

purpose of permitting this Stipulation to be filed and [Proposed] Order to be entered, but otherwise remains in effect.

2.      Defendants hereby accept service of the complaint filed in the *McMahon* Action.

3.      Pursuant to Federal Rule of Civil Procedure 42(a), the Actions are hereby consolidated for all purposes, including pretrial proceedings, trial, and appeal, and are referred to herein as the "Consolidated Action." This Order shall apply to all shareholder derivative complaints filed on behalf of Brookdale that are subsequently filed in, removed to, reassigned to, or transferred to this Court and that arise out of the same or substantially similar transactions or events as the Consolidated Action; all such complaints shall become part of this Consolidated Action as provided herein.

4.      All further pleadings and papers filed in the Consolidated Action shall bear the caption of the first-filed *Davis* matter.

5.      The files of the Consolidated Action will be maintained under Lead Case No. 3:20-cv-00929. All papers shall be filed in Lead Case No. 3:20-cv-00929.

6.      As requested by Plaintiffs, the following law firms are designated Co-Lead Counsel for plaintiffs in the Consolidated Action:

| | |
|---|---|
| THE BROWN LAW FIRM, P.C. | ROBBINS LLP |
| 240 Townsend Square | 5040 Shoreham Place |
| Oyster Bay, NY 11771 | San Diego, CA 92122 |
| Telephone: (516) 922-5427 | Telephone: (619) 525-3990 |

7.      As requested by Plaintiffs, the following law firms are designated as Co-Liaison Counsel for plaintiffs in the Consolidated Action:

| | |
|---|---|
| BRAMLETT LAW OFFICES | SPRAGENS LAW PLC |
| P.O. Box 150734 | 311 22nd Ave. N. |
| Nashville, Tennessee 37215 | Nashville, TN 37203 |
| Telephone: (615) 248-2828 | Telephone: (615) 983-8900 |

4

8.      Co-Lead Counsel, in consultation with Co-Liaison Counsel, shall represent plaintiffs in the prosecution of the Consolidated Action, determine and present to the Court and opposing parties the position of plaintiffs on all matters arising during pretrial negotiations, delegate and monitor the work performed by plaintiffs' attorneys to ensure that there is no duplication of effort or unnecessary expense, coordinate on behalf of the plaintiffs the initiation and conduct of discovery proceedings, have the authority to negotiate matters with Defendants' counsel, and perform such other duties as may be incidental to the proper coordination of plaintiffs' pretrial activities or authorized by further order of the Court. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through plaintiffs' Co-Lead Counsel or Co-Liaison Counsel.

9.      Defendants' counsel may rely on all agreements made with Co-Lead Counsel, in consultation with Co-Liaison Counsel, or other duly authorized representative of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

10.     Plaintiffs' Co-Liaison Counsel shall perform all tasks expected of Tennessee counsel, including (without limitation) being primarily responsible for communications between plaintiffs and the Court and for plaintiffs' filings with the Court.

11.     When a derivative case that properly belongs as part of the Consolidated Action is hereafter filed in this Court, or removed, reassigned or transferred here, Co-Lead Counsel shall assist the Court by calling to the attention of the Court the filing or transfer of any such action, and Co-Lead Counsel shall assure that counsel therein receive notice of this Stipulation and Order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later shareholder derivative actions instituted herein.

12.     All papers and documents previously filed and/or served in the Actions shall be

5

deemed a part of the record in the Consolidated Action.

13.     The Stay Order dated January 19, 2021 that effected a stay of proceedings in the *Davis* Action shall apply to the Consolidated Action.

14.     This stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Actions.

**IT IS SO ORDERED.**

_____

ALETA A. TRAUGER
U.S. DISTRICT JUDGE

NAI-1518599811v2

BRAMLETT LAW OFFICES

/s/ Paul Bramlett
Paul Kent Bramlett (TN #7387)
Robert Preston Bramlett (TN#25985)
P.O. Box 150734
Nashville, Tennessee 37215
Telephone: (615) 248-2828
E-mail: PKNASHLAW@aol.com
        Robert@BramlettLawOffices.com

*Local Counsel for Plaintiff Brain Davis and
[Proposed] Co-Liaison Counsel for Plaintiffs*

SPRAGENS LAW PLC
John Spragens (BPR #31445)
311 22nd Ave. N.
Nashville, TN 37203
Telephone: (615) 983-8900
E-mail: john@spragenslaw.com

*Local Counsel for Plaintiff Cynthia McMahon
and [Proposed] Co-Liasion Counsel for
Plaintiffs*

THE BROWN LAW FIRM, P.C.
Timothy Brown (admitted *pro hac vice*)
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
E-mail: tbrown@thebrownlawfirm.net

*Attorneys for Plaintiff Brian Davis
and [Proposed] Co-Lead Counsel for Plaintiffs*

ROBBINS LLP
Brian J. Robbins (admitted *pro hac vice*)
Stephen J. Oddo (admitted *pro hac vice*)
Eric M. Carrino (admitted *pro hac vice*)
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
E-mail: brobbins@robbinsllp.com
      soddo@robbinsllp.com
      ecarrino@robbinsllp.com

BASS BERRY & SIMS PLC

/s/ Britt Latham
Britt K. Latham (BPR #023149)
Briana T. Sprick Schuster (BPR #038305)
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200
E-mail: blatham@bassberry.com
       briana.sprick.schuster@bassberry.com

JONES DAY
Geoffrey J. Ritts (admitted *pro hac vice*)
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
E-mail: gjritts@jonesday.com

*Attorneys for Defendants*

7

Stephen J. Oddo (admitted *pro hac vice*)
Eric M. Carrino (admitted *pro hac vice*)
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
E-mail: brobbins@robbinsllp.com
        soddo@robbinsllp.com
        ecarrino@robbinsllp.com

*Attorneys for Plaintiff Cynthia McMahon*
*and [Proposed] Co-Lead Counsel for Plaintiffs*

Phillip Kim (admitted *pro hac vice*)
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*Attorneys for Plaintiff Brian Davis*
*and Additional Counsel for Plaintiffs*

*/s/ John Spragens*
John Spragens

10