UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIAN DAVIS, BRIAN BICKETT, and ROBERT BAZINET, derivatively on behalf of BROOKDALE SENIOR LIVING INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUCINDA M. BAIER, T. ANDREW SMITH, STEVEN E. SWAIN, MARCUS E. BROMLEY, FRANK M. BUMSTEAD, JACKIE M. CLEGG, DANIEL A. DECKER, RITA JOHNSON-MILLS, JEFFREY R. LEEDS, MARK J. PARRELL, WILLIAM G. PETTY, JR., GUY P. SANSONE, JAMES R. SEWARD, DENISE W. WARREN, and LEE S. WIELANSKY, <br><br> Defendants, <br><br> and <br><br> BROOKDALE SENIOR LIVING INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 3:20-cv-0929 <br> Judge Aleta A. Trauger |

## ORDER

For the reasons explained in the accompanying Memorandum, the defendants' Motion for Judgment on the Pleadings (Doc. No. 59) is hereby **GRANTED**, and the derivative plaintiffs' Motion for Leave to Amend the Consolidated Amended Shareholder Derivative Complaint (Doc. No. 76) is **DENIED**. The Clerk shall enter judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge