UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Brian Davis, et al.
        Plaintiff,

v.               Case No.: 3:20−cv−00929

Lucinda M. Baier, et al.
        Defendant,

## ENTRY OF JUDGMENT

 Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/23/2024 re [86], [87].

                    Lynda M. Hill
               s/ Megan Gregory, Deputy Clerk